**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

RICHARD ABONDOLO, as Chairman of the Board of        :
Trustees of UFCW LOCAL 342 HEALTH CARE FUND;   :    Case No.07-cv-7800(WHP)(RLE)
and RICHARD ABONDOLO, as Chairman of the Board of :         ECF CASE
Trustees of UFCW LOCAL 342 SAFETY, EDUCATION,  :
CULTURAL AND LEGAL FUNDS,                        :    **RULE 7.1 STATEMENT**
                                                 :
        Petitioners,                             :
                                                 :
        -against-                                :
                                                 :
COURTESY FOOD, INC. d/b/a MET FOOD a/k/a          :
COURTESY FOOD CORP.,                             :
                                                 :
        Respondent.                              :
———————————————————————X

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern

Districts of New York and to enable judges and magistrates judges of the court to evaluate

possible disqualification or recusal, the undersigned counsel of record for a private (non-

governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates

of said party which are publicly held.

**NONE.**

**DATE:** _____08/30/07_____    _____/S/_____
                                          **ANDREW JOHN CALCAGNO**