Galcagno

INDEX NO: 07CCIV7800
FILED ON: September 4, 2007
DISTRICT: Southern/NY

COUNTY OF

UNITED STATES DISTRICT COURT

*Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund; et. ano.*

Plaintiff(s)

vs

*Courtesy Food, Inc. d/b/a Met Food a/k/a Courtesy Food Corp.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

Stephen L. Collen, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 26, 2007, at 3:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in A Civil Case, Civil Cover Sheet, Rule 7.1 Statement, Petition To Confirm Arbitration Award with Assigned Judge's Rules and Instr Proc., on Courtesy Food, Inc.,

Defendant in this action, by delivering to and leaving with Donna Christie, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # ____________, Return Receipt Requested on ____________ to said defendant at: ____________.

**Papers so served were properly endorsed with the index number and date of filing.**

**Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.**

Description of the person served: Approx. Age: 44 years Approx. weight: 130 lbs Approx. Ht.: 5'5"

Sex: female Color of skin: white Color of hair: brown Other: ____________

Sworn to before me on September 27, 2007

[signature]

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

[signature]

Stephen L. Collen

Invoice•Work Order # 0708010