Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Respondent Courtesy Food, Inc.
d/b/a Met Food
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
Fax: (212) 692-0940
E-mail: *hboshak@foxrothschild.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW Local 342 HEALTH CARE FUND; and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 342 SAFETY, EDUCATION, CULTURAL AND LEGAL FUNDS,<br><br>Petitioners,<br><br>-vs-<br><br>COURTESY FOOD, INC. d/b/a MET FOOD a/k/a COURTESY FOOD CORP.,<br><br>Respondent. | CASE NO. 07-cv-7800 (WHP)<br><br>**RULE 7.1 STATEMENT**<br><br>**Document Electronically Filed** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Respondent Courtesy Food, Inc. d/b/a Met Food (incorrectly plead as Courtesy Food, Inc., d/b/a Met Food a/k/a/ Courtesy Food Corp.), a non-governmental corporate party, certifies that said

RL1 622904v1

party has no parent companies and that no publicly held corporation owns 10% or more of its stock.

                        FOX ROTHSCHILD LLP
                        Attorneys for Respondent
                        Courtesy Food, Inc. d/b/a Met Food

                        By:   s/Heather R. Boshak
                               Heather R. Boshak (HRB/9736)

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Andrew John Calcagno
404 Mannor Road
Staten Island, New York 10314
(Via ECF)


Dated: October 9, 2007                    s/Heather R. Boshak
                                                                                   Heather R. Boshak