UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RICHARD ABONDOLO, as Chairman of the Board of :
Trustees of UFCW LOCAL 342 HEALTH CARE FUND; : Case No.07-cv-7800(WHP)(RLE)
and RICHARD ABONDOLO, as Chairman of the Board of: ECF CASE
Trustees of UFCW LOCAL 342 SAFETY, EDUCATION, :
CULTURAL AND LEGAL FUNDS, : WRITTEN REPORT FOR
: PROPOSED DISCOVERY
    Petitioners, : SCHEDULE
:
    -against- :
:
COURTESY FOOD, INC. d/b/a MET FOOD a/k/a :
COURTESY FOOD CORP., :
:
    Respondent. :
---------------------------------------------------------------X

    Pursuant to the Order of the Honorable William H. Pauley III dated October 1, 2007, counsel for all parties have consulted and the following is a written report for a proposed discovery schedule.

1. Joinder of additional parties – By 1/21/08

2. Amend Pleadings – By 1/21/08

3. Document Demands & Rog Demands - Serve by 1/21/08

4. Responses to Discovery Demands – By 2/21/08

5. Expert Disclosures - By 3/21/08

6. Opposition Experts - By 4/21/08

7. Depositions of fact witnesses - By 4/21/08

8. Depostitions of experts – By 5/21/08

9. Request to admit - By 3/21/08

10. All Discovery completed by – 5/21/08

11. Any dispositive/post discovery summary judgment motions to be filed by 6/21/08; opposition due by 7/12/08; reply due by 7/26/08

_____
ANDREW JOHN CALCAGNO
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW
*Attorney for the Petitioners*

Date: 12/14/07

_____
HEATHER BOSHAK
FOX ROTHSCHILD, LLP

*Attorney for the Respondent*

Date: 12·14·07