## CALCAGNO & ASSOCIATES
### ATTORNEYS AT LAW, LLC
Spencer Savings Bank Building
213 South Avenue East
Cranford, New Jersey 07016

DEC 2 - 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

ANDREW JOHN CALCAGNO
NY, NJ, PA & DC BARS

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
www.nynjlaw.net

OF COUNSEL
JAMES M. O'DONNELL
ALAN M. MCLAUGHLIN
ROSEMARY O'DONNELL

**MEMO ENDORSED**

Please Reply To The Cranford, New Jersey Office
December 20, 2007

**VIA FACSIMILE (212-805-6390)**
Honorable William H. Pauley, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1312

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12/26/07
The conference is adjourned to
January 25, 2008 at 12:30 p.m.

Re:   Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund, et al. v. Courtesy Food, Inc. d/b/a Met Food a/k/a Courtesy Food Corp.
      Case No. 07-cv-~~0800~~(WHP)(RLE)
              7800

Dear Judge Pauley:

   We represent Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Health Care Fund; and Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342 Safety, Education, Cultural and Legal Funds, in connection with the above-referenced matter.

   The parties are attempting to settle the outstanding issues. The Respondent has already paid the principle amount owed to the Funds, but has not paid the arbitrator fees, attorneys' fees and court costs in connection with the enforcement of the Arbitration Award. The parties are in settlement negotiations to resolve the outstanding balance.

   Based upon the foregoing, we are respectfully requesting, with the consent of my adversary, a 30-day adjournment of the case management conference. We will apprise the Court of any new updates regarding the settlement of this matter.

   Thank you for your time and consideration in this matter.

Respectfully submitted,

ANDREW JOHN CALCAGNO

AJC/ljk
cc: Heather Boshak, Esq. (via facsimile @973-992-9125)