USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

**CALCAGNO & ASSOCIATES**
ATTORNEYS AT LAW, LLC
*Spencer Savings Bank Building*
213 South Avenue East
Cranford, New Jersey 07016

*ANDREW JOHN CALCAGNO*
*NY, NJ, PA & DC BARS*

*OF COUNSEL - NY*

*ALAN M. MCLAUGHLIN*
*JAMES M. O'DONNELL*
*ROSEMARY O'DONNELL*

*OF COUNSEL - NJ*

*CRAIG A. BORGEN*

Telephone: (908) 272-7300
Facsimile: (908) 272-5577
*www.nynjlaw.net*

**Please Reply To The Cranford, New Jersey Office**

January 28, 2008

JAN 2 0 2008

MEMO ENDORSED

**VIA FACSIMILE (212-805-6390)**
Honorable William H. Pauley, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   **Richard Abondolo, as Chairman of the Board of Trustees of UFCW Local 342
      Health Care Fund, et al. v. Courtesy Food, Inc. d/b/a Met Food a/k/a Courtesy
      Food Corp.
      Case No. 07-cv-7800(WHP)(RLE)**

Dear Judge Pauley:

        We represent Petitioners, Richard Abondolo, as Chairman of the Board of Trustees of
UFCW Local 342 Health Care Fund; and Richard Abondolo, as Chairman of the Board of
Trustees of UFCW Local 342 Safety, Education, Cultural and Legal Funds, in connection with
the above-referenced matter.

        This letter is to advise Your Honor that the within matter is being dismissed.   The
Petitioners will be filing a signed Stipulation of Dismissal with the Clerk of the Court once we
receive same from the Respondent.

        Based upon the foregoing, we respectfully request that the Conference scheduled for
tomorrow at 11:00 a.m. be cancelled or adjourned so we may have time to file the Stipulation.

        Thank you for Your Honor's time and consideration in this matter.

*Application granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

AJC/nem   1/28/08

Respectfully submitted,

ANDREW JOHN CALCAGNO

cc:  Steven Glassman, Esq. (via facsimile @973-992-9125)