UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD ABONDOLO, as Chairman of the Board of
Trustees of UFCW LOCAL 342 HEALTH CARE FUND;
and RICHARD ABONDOLO, as Chairman of the Board of
Trustees of UFCW LOCAL 342 SAFETY, EDUCATION,
CULTURAL AND LEGAL FUNDS,

    Petitioners,

-against-

COURTESY FOOD, INC. d/b/a MET FOOD a/k/a
COURTESY FOOD CORP.,

    Respondent.
-------------------------------------------------------------X

Case No. 07-cv-7800(WHP)(RLE)
ECF CASE

STIPULATION OF
DISMISSAL PURSUANT TO
FRCVP 41(a)(1)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney for Petitioners and the attorney for the Respondent that the above-captioned action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Facsimile/Scanned/Emailed signatures on this Stipulation shall be deemed original signatures for all purposes.

_____
ANDREW JOHN CALCAGNO
CALCAGNO & ASSOCIATES
ATTORNEYS AT LAW, LLC
213 South Avenue East
Cranford, New Jersey 07016
(908) 272-7300
Attorneys for Petitioners

Date: 1/29/08

_____
HEATHER R. BOSHAK
FOX ROTHSCHILD LLP
75 Eisenhower Pkwy, Suite 201
Roseland, New Jersey 07068
(973) 992-4800
Attorneys for Respondent

Date: 1/28/08

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/31/08

-1-